Bradley E. Rice, Attorney at Law
160 Gooding St. West
P.O. Box 329
Twin Falls, ID 83303-0329
Telephone: (208) 734-3367
Facsimile (208) 734-3369
Idaho State Bar #5222

Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| ANDREW SANTILLANES ) | Case No.: 05-41250 |
| ) | |
| and ) | **AFFIDAVIT OF BRADLEY E. RICE IN** |
| ) | **RESPONSE TO TRUSTEE'S** |
| NICOLE SANTILLANES ) | **OBJECTION TO CLAIM OF** |
| ) | **EXEMPTION** |
| Debtors. ) | |
| ) | |

STATE OF IDAHO        )
                      : ss.
County of Twin Falls  )

Bradley E. Rice, being first duly sworn on oath, deposes and states:

1. I am an adult over the age of eighteen (18), and make the following statements of my own knowledge and belief.

2. I am the attorney of record for the Debtors in the above-entitled bankruptcy case.

AFFIDAVIT OF BRADLEY E. RICE
- 1 -

3. I filed the chapter 7 bankruptcy case on June 9, 2005. On Schedule B, I listed the Debtors' share savings account with their credit union as an asset. On Schedule C, I claimed an exemption in the amount of 75% of the share savings pursuant to I.C. §11-207.

4. On August 3, 2005, the Trustee filed an Objection to the claim of exemption based on the assertion that the share savings did not come from wages.

5. On August 16, 2005, I wrote the Trustee a letter (Ex 1) and included a statement from the credit union to the effect that all deposits to the account had come from direct payroll deductions. (Ex. 2) In my letter, I asked the Trustee to withdraw the Objection.

6. I received a letter from the Trustee dated August 24, 2005 (Ex. 3) agreeing to withdraw the Objection if the Debtors paid over the non-exempt portion of the share savings. From this letter I concluded that the Trustee agreed that the share savings did come from wages and that the claim of exemption was appropriate.

7. Unfortunately, the debtors were required to sign Share Pledge Agreements (Ex. 4) with the credit union as additional security for automobile loans. Copies of the Pledge Agreements were sent to the Trustee along with my letter of August 16, 2005.

8. Because of the Share Pledge Agreements, the Debtors cannot withdraw shares to pay the Trustee the non-exempt portion of the share savings account. However, the Trustee has failed to withdraw the Objection to the claim of exemption.

Bradley E. Rice

SUBSCRIBED and SWORN to before me this 7th day of September, 2005.

NOTARY PUBLIC for Idaho
Residence: Twin Falls
Commission Expires: 08-31-2006

AFFIDAVIT OF BRADLEY E. RICE

- 2 -