**POCATELLO SIMPLOT CREDIT UNION    P.O. BOX 912    POCATELLO, IDAHO 83204**
**(208) 234-5360    1-800-214-4782    FAX (208) 235-5649**

08/09/2005

To Whom It May Concern:

RE: ANDREW SANTILLANES ACCOUT #5797-6

ALL SHARES DEPOSTIED INTO THIS ACCOUNT ARE MADE THOURGH PAYROLL DEDUCTION AND USED FOR THE SOLE PURPOSE OF LOAN PAYMENTS/ SHARE PLEDGE REQUIREMENT TO PROVIDE SECURITY FOR THIS LOAN.

Thank you,

*Dawn Anderson*

DAWN ANDERSON
MEMBER SERVICE REP

**EXHIBIT 2**

*Bringing Earth's Resources to Life*