Bradley E. Rice, Attorney at Law
160 Gooding St. West
P.O. Box 329
Twin Falls, ID  83303-0329
Telephone: (208) 734-3367
Facsimile (208) 734-3369
Idaho State Bar #5222

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) Chapter 7<br>)<br>  ANDREW **SANTILLANES**  ) Case No.: 05-41250<br>)<br>and ) **NOTICE OF HEARING ON TRUSTEE'S**<br>) **OBJECTION TO CLAIM OF**<br>NICOLE **SANTILLANES**, ) **EXEMPTION and DEBTOR'S REPSONSE**<br>) **THERETO**<br>           Debtors. | |

PLEASE TAKE NOTICE that the hearing on TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION and DEBTOR'S REPSONSE THERETO is scheduled for October 31, 2005 at 1:30 P.M.. at the U.S. Courthouse, 801 East Sherman Ave., Pocatello, Idaho  83201.

DATED this 7th day of September, 2005.

/s/_____
Bradley E. Rice, Attorney for Debtors

- 1 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7, 2005, I served a true and correct copy of NOTICE OF HEARING ON TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION and DEBTOR'S REPSONSE THERETO as follows:

| | |
|---|---|
| Office of the U.S. Trustee<br>MK Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID  83712 | [ ] U.S. Mail postage prepaid<br>[ ] Hand Delivery<br>[X ] EFC Notice<br>[ ] Facsimile |
| R. Sam Hopkins, Trustee<br>POB 3014<br>Pocatello, ID  83206-3014 | [ ] U.S. Mail postage prepaid<br>[ ] Hand Delivery<br>[X ] EFC Notice<br>[ ] Facsimile |
| Andrew & Nicole Santillanes<br>3988 Cobble Ct..<br>Pocatello, ID  83201 | [X ] U.S. Mail postage prepaid<br>[ ] Hand Delivery<br>[ ] EFC Notice<br>[ ] Facsimile |

DATED: September 7, 2005

/s/_____
Bradley E. Rice, Attorney for Debtors